## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Christopher Albert Aberle
Louisiana Appellate Project
P.O. Box 8583
Mandeville, LA 70470

Davin Ryan Hanks
Winn Corr. Center Elm C-2 DOC No. 399204
P.O. Box 1260
Winnfield LA 71483-1260

**REHEARING ACTION: August 14, 2013**

**Docket Number: 12   01440-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DAVIN RYAN HANKS**

**Appealed from Lafayette Parish Case No. CR 123776**

**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Elizabeth A. Pickett**
> **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Davin Ryan Hanks** has this day been

> **DENIED.**

cc: Michael Harson, Counsel for the Appellee
    Allan P. Haney, Counsel for the Appellee